UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - v. -

FERNANDO RODRIGUEZ,

          Defendant.

       :  **SEALED**
       :  **INFORMATION**
       :
       :  20 Cr. 174 (SHS)

- - - - - - - - - - - - - - - - - - X

### COUNT ONE

The United States Attorney charges:

1.    From at least in or about 2012, up to and
including at least in or about 2018, in the Southern District of
New York and elsewhere, FERNANDO RODRIGUEZ, the defendant, and
others known and unknown, knowingly and willfully combined,
conspired, confederated, and agreed together and with each other
to commit health care fraud, in violation of Title 18, United
States Code, Section 1347.

2.    It was a part and object of the conspiracy that
FERNANDO RODRIGUEZ, the defendant, and others known and unknown,
would and did knowingly and willfully execute, and attempt to
execute, a scheme and artifice to defraud a health care benefit
program, to wit, Medicaid, and to obtain, by means of false and
fraudulent pretenses, representations, and promises, money and
property owned by, and under the custody and control of, a

health care benefit program, to wit, Medicaid, in connection
with the delivery of and payment for health care benefits,
items, and services, in violation of Title 18, United States
Code, Section 1347.

(Title 18, United States Code, Section 1349.)

### COUNT TWO

The United States Attorney further charges:

3.     From at least in or about 2012, up to and
including at least in or about 2018, in the Southern District of
New York and elsewhere, FERNANDO RODRIGUEZ, the defendant,
knowingly and willfully executed, and attempted to execute, a
scheme and artifice to defraud a health care benefit program and
to obtain, by means of false and fraudulent pretenses,
representations, and promises, money and property owned by, and
under the custody and control of, a health care benefit program,
in connection with the delivery of and payment for health care
benefits, items, and services, to wit, RODRIGUEZ submitted and
caused to be submitted to Medicaid numerous eligibility
applications that falsely represented his income and that of a
co-conspirator not named as a defendant herein ("CC-1"), in
order to fraudulently obtain insurance benefits and claim
payments to which RODRIGUEZ and CC-1 were not entitled.

(Title 18, United States Code, Sections 1347 and 2.)

## FORFEITURE ALLEGATIONS

4.    As a result of committing the offenses alleged in Counts One and Two of this Information, FERNANDO RODRIGUEZ, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(7), any and all property, real and personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of said offenses, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses.

## Substitute Assets Provision

5.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section  853(p), and Title 28, United States

3

Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 982; and
Title 21, United States Code, Section 853.)

GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**v.**

**FERNANDO RODRIGUEZ,**

**Defendant.**

### INFORMATION

20 Cr. ____ (SHS)

(18 U.S.C. §§ 1347, 1349, 2)

GEOFFREY S. BERMAN
United States Attorney