UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-174 (SHS) |
| -v- | : | <u>ORDER</u> |
| FERNANDO RODRIGUEZ, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

At the request of the government,

IT IS HEREBY ORDERED that the sealed Information, the (S1) Information, and all other sealed documents in this matter, shall be unsealed.

Dated: New York, New York
March 30, 2021

SO ORDERED

*[signature]*

SIDNEY H. STEIN
U.S.D.J.