□ ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,  :

    - v -  :  NOTICE OF INTENT TO
                  FILE AN INFORMATION
FERNANDO RODRIGUEZ,  :

        Defendant.  :
- - - - - - - - - - - - - - - x

WHEEL A

JUDGE STE[IN]

20 CRIM 174

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:  New York, New York
        January 28, 2020

                GEOFFREY S. BERMAN
                United States Attorney

      By: _____
           TARA M. La MORTE
           Assistant United States Attorney

                AGREED AND CONSENTED TO:

      By: _____
           ZAWADI BAHARANYI
           Attorney for Fernando Rodriguez