UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X

UNITED STATES OF AMERICA　　　　　:

　　　v.　　　　　　　　　　　　　　:

FERNANDO RODRIGUEZ,　　　　　　　:　　20 Cr. ____ (SHS)

　　　　　Defendant.　　　　　　　:　　**20 CRIM 174**

-------------------------------X

The above-named defendant, who is accused of violating Title 18, United States Code, United States Code, Sections 2, 1347 and 1349, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
FERNANDO RODRIGUEZ
Defendant

_____
Witness

_____
ZAWADI BAHARANYI, Esq.
Counsel for Defendant

Date:　New York, New York
　　　　March 3, 2020