```
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :    WAIVER OF
                                    :    INDICTMENT
            -v.-                    :
                                    :    S1 20 Cr. 174 (SHS)
FERNANDO RODRIGUEZ,                 :
                                    :
                                    :
                        Defendant.  :
                                    :
------------------------------------x
```

FERNANDO RODRIGUEZ, the above-named defendant, who is accused of violating Title 18, United States Code, Sections 1347, 1349, and 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by Indictment and consents that the proceeding may be by Information instead of by Indictment.

_____
Defendant

_____
Witness

/s/Zawadi S. Baharanyi
_____
Counsel for Defendant

Date:   New York, New York
        March 29, 2021