

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 27, 2022

**By CM/ECF**

**MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
New York, NY 10007

    Re:    **United States v. Fernando Rodriguez**, 20 Cr. 174 (SHS)

Dear Judge Stein:

    The Government respectfully requests that the Court (i) adjourn the sentencing control date scheduled for Thursday, July 28, 2022; (ii) direct the United States Probation Office to begin preparing the presentence report, and (iii) set a date for sentencing in approximately three months, or at another time that is convenient for the Court. The defendant, through counsel, consents to these requests.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

    By:    /s/
    Tara M. La Morte / David Abramowicz
    Assistant United States Attorneys
    (212) 637-1041 / 6525

cc:    Zawadi Baharanyi, Esq. (by CM/ECF)

**The sentencing is adjourned October 31, 2022, at 2:30 p.m. The defense sentencing submissions are due on or before October 10, the government submissions are due by October 17. The PSI will be ordered.**

**Dated: New York, New York**
          **July 27, 2022**

SO ORDERED:

/s/ Sidney H. Stein
Sidney H. Stein, U.S.D.J.