

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 1, 2022

**By CM/ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
New York, NY 10007

    Re:    **United States v. Fernando Rodriguez, 20 Cr. 174 (SHS)**

Dear Judge Stein:

    The parties respectfully request that the Court adjourn the sentencing date scheduled for Monday, December 5, to a date in the second or third week of January, 2023. This is the parties' second request for an extension. As the parties previously relayed, we are working through certain financial aspects related to sentencing. The parties have made progress in this regard, but require an additional period of time to complete the process.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney

          By:  /s/
                Tara M. La Morte / David Abramowicz
                Assistant United States Attorneys
                (212) 637-1041 / 6525

cc:    Zawadi Baharanyi, Esq. (by CM/ECF)