UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

   -v.-                           :    Consent ORDER OF
                                  RESTITUTION
FERNANDO RODRIGUEZ,               :
                                 S1 20 Cr. 174 (SHS)
          Defendant.             :

- - - - - - - - - - - - - - - - x

        Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Tara La Morte and David Abramowicz, Assistant United States Attorneys, of counsel; the defendant's plea agreement; the presentence report; the defendant's conviction, following his plea of guilty, on Counts One through Three of the above Information; and all other proceedings in this case, it is hereby ORDERED that:

        FERNANDO RODRIGUEZ, the Defendant, shall pay restitution in the total amount of $131,500, consisting of the following:

- $66,500 to the following victim of the offense charged in Count One:

            BRONX PARENT HOUSING NETWORK, INC.
            488 E. 164th Street
            Bronx, NY 10456

- $65,000 to the following victim of the offenses charged in Counts Two and Three:

  > CENTERS FOR MEDICARE & MEDICAID SERVICES
  > c/o U.S. Department of Justice Lockbox
  > P.O. Box 790363
  > St. Louis, MO 63179-0363

The defendant's $66,500 restitution obligation for Count One shall be joint and several, in full, with the restitution imposed against co-conspirator Victor Rivera in *United States v. Victor Rivera*, No. 21 Cr. 221 (SHS).

Pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid. Accordingly, the restitution shall be paid to the victim of the offense charged in Count One before it is paid to the victim of the offenses charged in Counts Two and Three.

Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

The Defendant shall make restitution payments by certified check, bank check, money order, wire transfer, credit card or cash. Checks and money orders shall be made payable to the "SDNY Clerk of the Court" and mailed or hand-delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The Defendant shall write his name and the docket number of this

case on each check or money order. Credit card payments must be made in person at the Clerk's Office. Any cash payments shall be hand delivered to the Clerk's Office using exact change, and shall not be mailed. For payments by wire, the Defendant shall contact the Clerk's Office for wiring instructions.

      The Defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Unit) of (1) any change of the Defendant's name, residence, or mailing address or (2) any material change in the Defendant's financial resources that affects the Defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k). If the Defendant discloses, or the Government otherwise learns of, additional assets not known to the Government at the time of the execution of this order, the Government may seek a Court order modifying any payment schedule consistent with the discovery of new or additional assets.

Dated:    New York, New York
            January 11, 2023

                                       THE HONORABLE SIDNEY H. STEIN
                                       UNITED STATES DISTRICT JUDGE