**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 24, 2023

By ECF

**MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Fernando Rodriguez**
     **20 Cr. 174 (SHS)**

Dear Judge Stein:

On behalf of Mr. Fernando Rodriguez, I write to request that the Court advance Mr. Rodriguez's surrender date to March 17, 2023. Currently, Mr. Rodriguez is required to surrender to the custody of the Bureau of Prisons by 2:00 PM on March 31, 2023 to begin his sentence. Mr. Rodriguez has already been designated and would like to being his sentence sooner, on Friday, March 17, 2023.

Mr. Rodriguez appreciates the Court's consideration of this request.

Respectfully submitted,

/s/
Zawadi Baharanyi
Assistant Federal Defender

cc:   AUSA Tara La Morte.
      AUSA David Abramowicz
      Assistant United States Attorneys

**Request granted.**

**Dated: New York, New York**
       **February 24, 2023**

SO ORDERED:

HONORABLE SIDNEY H. STEIN
United States District Judge