UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-174 (SHS) |
| -v- | : | |
| FERNANDO RODRIGUEZ, | : | <u>ORDER</u> |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The Court is in receipt of defendant's letter requesting that his passport be returned to him by Pretrial Services [Doc. No. 42]. Defendant's attorney and the government having notified the Court that they have no objections to the request,

    IT IS HEREBY ORDERED that the Pretrial Services Office is directed to return defendant's passport to him.

Dated: New York, New York
       May 15, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.